UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONALD HOWELL                                   CASE NO. 3:12-cv-1313-J-34TEM
v.
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC

Counsel for Plaintiff:
Max Story

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi Wiles                    Court Reporter: Shelli Kozachenko

## CLERK'S MINUTES

PROCEEDINGS OF: STATUS CONFERENCE

None of the Defendants have appeared to date in this matter.

Discussion regarding status of case. Plaintiff has now filed his Amended Complaint.

Counsel was cautioned against failing to comply with this Court's deadlines.

DATE: September 9, 2013    TIME: 11:00 a.m. - 11:12 a.m.  TOTAL: 12 Minutes