FILED

# United States District Court
# Middle District of Florida
# Jacksonville Division

2015 FEB 26  P 2:39

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**Ronald Howell,**
  **Plaintiff,**

VS                                                          CASE NO: 3:12-CV-1313

**Experian Information Solutions Inc.**


**MOTION TO DISMISS CASE NUMBER 3:12-CV-1313**

**ALL PARTIES HAVE COME TO AN AGREEMENT AND I ASK THAT THE ABOVE MENTIONED CASE BE DISMISSED WITHOUT PREJUDICE.**


_Ronald Howell_
SIGNATURE

Ronald Howell
FULL NAME

15810 Canoe Creek Drive
MAILING ADDRESS

Jacksonville FL 32218
City, state, zip code

904 537-8888
Phone number