# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| RONALD HOWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 3:12-CV-1313-J-34TEM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Ronald Howell ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate that all claims herein against Experian are dismissed with prejudice, with each party to bear its own costs. Plaintiff and Experian respectfully request entry of the attached proposed Order.

Dated: March 12, 2015

Respectfully submitted,

*/s/ Ronald Howell*
Ronald Howell
*Pro Se Plaintiff*

*/s/ Mary Ellen Robinson*
Mary Ellen Robinson (*Pro Hac Vice*)
merobinson@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone: 404-581-8360

*Attorney for Defendant Experian*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**RONALD HOWELL,**

    **Plaintiff,**

**vs.**

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

    **Defendant.**

Case No. 3:12-CV-1313-J-34TEM

## **[PROPOSED] ORDER**

CONSIDERING the foregoing Joint Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, Ronald Howell, against Defendant Experian Information Solutions, Inc. are hereby DISMISSED, WITH PREJUDICE, with each party to bear its own costs.

This \_\_\_\_ day of _____, 2015.

_____
Hon. Marcia Morales Howard
United States District Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system. A copy was also sent via U.S. Mail to:

Mr. Ronald Howell
15810 Canoe Creek Drive
Jacksonville, Florida 32218

*/s/ Joshua C. Webb*
R. Craig Mayfield (FBN 429643)
cmayfield@hwhlaw.com
Joshua C. Webb (FBN 051679)
jwebb@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone: 813-221-3900
Facsimile: 813-221-2900

*Attorneys for Defendant Experian*